**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:03-cr-466-REP-1** |
| | ) | **Hon. Robert E. Payne** |
| **KEVIN L. McDANIEL,** | ) | **Court: December 4, 2025** |
| **Defendant.** | ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION**
**TO CONTINUE REVOCATION HEARING**

COMES NOW Kevin L. McDaniel, by counsel, and respectfully moves this Court to continue the Hearing re: Revocation of Supervised Release currently scheduled for December 4, 2025, at 10:00 AM. Assistant United States Attorney Peter S. Duffey and United States Probation Officer Matthew Graves do not object to this motion.

The brief chronology of events leading to this motion is as follows:

1. On December 16, 2003, Kevin L. McDaniel was indicted on one count of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1) (Count One), and one count of Possession of a Stolen Firearm, in violation of 18 U.S.C. § 922(j) (Count Two). ECF No. 1. On March 11, 2004, Mr. McDaniel pleaded guilty to Count One of the Indictment, and on May 28, 2004, Mr. McDaniel was sentenced to 46 months' imprisonment, to be served consecutive to the state sentence Mr. McDaniel was already serving. ECF Nos. 29, 47, 50. Mr. McDaniel was also sentenced to a term of three (3) years of Supervised Release. *Id.*

2. On November 24, 2017, Mr. McDaniel was released from the Bureau of Prisons and began his first term of Supervised Release. ECF No. 76.

1

3. On May 18, 2018, a Petition and Order on Supervised Release as to Mr. McDaniel was signed by United States Probation Officer Matthew Graves and on May 22, 2018, the Petition was signed by the Honorable David J. Novak, then-United States Magistrate Judge, now-United States District Judge. *Id.* After several continuances, the Final Hearing re Revocation of Supervised Release as to Mr. McDaniel was held on July 11, 2019, wherein Mr. McDaniel was sentenced to Time Served followed by two years of supervised release. ECF Nos. 95, 96.

4. On May 29, 2025, a Petition and Order on Supervised Release as to Mr. McDaniel was signed by United States Probation Officer Matthew Graves and on June 4, 2025, the Petition was signed by the Honorable Robert E. Payne. ECF No. 97. The Petition alleges a violation of (1) Mandatory Condition: Commission of a Crime – Possession of a Schedule I/II Narcotic, Misdemeanor Possession of a Schedule I/II Narcotic, Misdemeanor Possession of Drug Paraphernalia, and Failure to Appear, and alleges that Mr. McDaniel was charged in Henrico County for the above-referenced offenses and failed to appear for a subsequent hearing in Henrico County General District Court, and a Failure to Appear charge was added. Finally, the Petition alleges that Mr. McDaniel is also on state probation in King William County and that he also has a State Probation Violation pending for the Henrico County charges. *Id.*

5. On June 4, 2025, an arrest warrant was issued as to Mr. McDaniel, and on June 19, 2025, the arrest warrant was returned executed. ECF Nos. 99, 100.

6. On July 15, 2025, Mr. McDaniel made an initial appearance before the Honorable Mark R. Colombell and was released on the same terms and conditions previously imposed with the added condition to contact probation within 24 hours if released on bond in

state court. ECF Nos. 103, 104. A Hearing re Revocation of Supervised Release was also set for August 28, 2025. *Id.* At the end of the initial appearance, Mr. McDaniel was released from United States Marshal custody but was turned over to the state authorities on the pending warrants which acted like detainers.

7. On July 28, 2025, Mr. McDaniel moved to continue his supervised released violation hearing for ninety (90) days to allow Mr. McDaniel's Henrico General District Court and King William County Circuit Court cases to resolve. ECF No. 106. The Court granted the motion, and continued Mr. McDaniel's hearing to December 4, 2025, at 10:00 AM. ECF No. 107.

8. Once Mr. McDaniel was released into Henrico custody, a hearing was held on July 16, 2025, in Henrico General District Court on case nos. GC24032460-00, GC24032460-01, GC24032461-00, and GC24032462-00. The hearings were all continued to October 16, 2025, and again to December 18, 2025. Mr. McDaniel is currently being held at the Henrico County Jail pending those hearings on December 18, 2025.

9. Finally, on October 22, 2025, Mr. McDaniel attending his Violations of Probation hearings in King William County Circuit Court case nos. CR18000083-02 and CR18000083-03. Mr. McDaniel's sentences in those cases were re-suspended for 17 years (all time suspended, with no active incarceration time).

10. To allow his final Henrico General District Court cases to resolve, Mr. McDaniel requests an additional continuance of his supervised released violation hearing of 45 days.

11. Assistant United States Attorney Peter S. Duffey and United States Probation Officer Matthew Graves do not oppose this motion.

WHEREFORE, Mr. McDaniel, by counsel, respectfully requests the Court continue the supervised released violation hearing currently scheduled for December 4, 2025, for forty-five (45) days, until on or after January 20, 2026, or to the next mutually agreeable date for all parties, to allow for resolution of Mr. McDaniels' Henrico County General District Court cases.

<div style="margin-left: 50%;">

Respectfully submitted,
KEVIN L. McDANIEL

_____/s/_____

Carolyn V. Grady
Assistant Federal Public Defender
Va. Bar No. 30445
Counsel for Kevin L. McDaniel
Office of the Federal Public Defender
Eastern District of Virginia
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0855 (direct)
(804) 800-4214 (fax)
Carolyn_Grady@fd.org

</div>